UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:16-cr-253-T-17AEP

STEVEN M. PACE

## PRELIMINARY ORDER OF FORFEITURE

The defendant pleaded guilty to Counts One and Three of the Indictment which charge him with possessing four destructive devices that were not registered to the defendant in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §§ 5861(d) and 5871, and possessing a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. 924(c), and the Court adjudged him guilty of these offenses.

The United States moves, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, for a Preliminary Order of Forfeiture for the following:

    a.    A Glock, model 30, .45 caliber pistol, Serial Number: MTE730;

    b.    A Smith & Wesson, model 19, .357 revolver, Serial Number: 24K3022; and

    c.    16 rounds assorted ammunition.

CASE NO. 8:16-CR-253-T-17AEP

The United States has established the required connection between the crimes of conviction and the firearms and ammunition. Because the United States is entitled to forfeit the property, the motion is GRANTED. Pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the firearms and ammunition described above are FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c).

The Court retains jurisdiction to complete the forfeiture and disposition of the assets sought by the government.

DONE and ORDERED in Tampa, Florida, this 10th day of February, 2017.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record

2