UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:16-cr-253-T-17AEP

STEVEN M. PACE

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for the following firearms and ammunition:

    a.    A Glock, model 30, .45 caliber pistol, Serial Number: MTE730;

    b.    A Smith & Wesson, model 19, .357 revolver, Serial Number: 24K3022

    c.    16 rounds assorted ammunition.

On February 10, 2017, the Court entered a Preliminary Order of Forfeiture for the firearms and ammunition described above, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c). Doc. 42.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its

1

Case No. 8:16-CR-253-T-17 AEP

intent to dispose of the firearms and ammunition on the official government website, www.forfeiture.gov, from February 11, 2017 through March 12, 2017. Doc. 43. The publication gave notice to all third parties with a legal interest in the firearms and ammunition to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interests within 60 days of the first date of publication. No third party has filed a petition or claimed an interest in the firearms and ammunition, and the time for filing such petition has expired.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the firearms and ammunition identified above is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the firearms and ammunition is now vested in the United States of America.

CASE NO. 8:16-CR-253-T-17 AEP

DONE and ORDERED in Tampa, Florida, this 13th day of April, 2017.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE